PIZZINI, PETICIONARIA, *v.* LLOREDA, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Arecibo en un procedimiento sobre aseguramiento de sentencia.

No. 118.—Resuelto en marzo 20, 1914.

ASEGURAMIENTO DE SENTENCIA—OBLIGACIÓN DE NO HACER—REMEDIO ADECUADO.— El aseguramiento de sentencia para impedir que un demandado en una acción sobre nulidad de expediente posesorio cobre réditos o arrendamiento por el terreno a personas que han construído casas sobre el mismo, es improcedente cuando no consta de una manera específica, concreta y determinada, la existencia de la obligación de no hacer dichos cobros por parte del demandado.

Los hechos están expresados en la opinión.
Abogado de la peticionaria: *Sr. Rafael López Landrón.*
El demandado no compareció.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Se trata de una petición de auto de *certiorari* hecha a esta

Corte Suprema por el Letrado Don Rafael López Landrón
en representación de Carmen Pizzini de Matheu para revi-
sar procedimientos de la Corte de Distrito de Arecibo en
juicio seguido por la Carmen Pizzini y otros contra el Pres-
bítero Agustín Rexach y Dueño, como representante de la
"Ermita de la Monserrate" en Arecibo, y el municipio de
dicha ciudad representado por su Alcalde Manuel Pérez Avi-
lés, sobre nulidad y cancelación de un expediente posesorio
y otros extremos.

De las alegaciones de la petición de *certiorari* y de los
documentos que en copia certificada se acompañan a la misma,
resulta que la Carmen Pizzini de Matheu y otros promovieron
ante la Corte de Distrito de Arecibo el mencionado pleito
mediante demanda en la que solicitaban, entre otros pronun-
ciamientos, se decretara que los demandantes no estaban obli-
gados legalmente por concepto de réditos, arrendamiento, o
en cualquiera otra forma, a satisfacer ni a seguir satisfa-
ciendo a la "Ermita de la Monserrate," ni a su Advocación,
ni al Presbítero Agustín Rexach y Dueño cantidad alguna por
el uso, disfrute, tenencia o posesión de los solares que con
las respectivas casas de su propiedad ocupaban dentro de
las cuatro parcelas de terreno descritas en dicha demanda.

Resulta además que la representación de Carmen Pizzini
presentó a la expresada Corte de Arecibo solicitud de ase-
guramiento de sentencia pidiendo se dictara una orden por
la que mediante prestación de fianza por la peticionaria
se prohibiera al demandado Rexach y Dueño que hiciera
o continuara haciendo en lo sucesivo, privada ni judicial-
mente, cobro alguno por el disfrute del solar que con casa
ocupaba la Pizzini, apercibido de ser castigado por desacato,
hasta tanto se dictara la sentencia correspondiente en el
pleito principal, cuya orden debía comunicarse al Juez Muni-
cipal de Arecibo ante quien se estaba siguiendo procedimiento
de cobro por Rexach contra la Pizzini por el uso y goce del
solar que ocupaba.

La Corte de Distrito de Arecibo denegó el asegura-

miento de sentencia solicitado fundándose en que en la demanda principal no se reclamaba ninguna obligación de no hacer.

En apoyo del recurso de *certiorari,* fundado en los hechos expuestos, invoca la peticionaria las secciones 1ª., 2ª. y 4ª. de la ley para asegurar la efectividad de sentencias, pues entiende que en la demanda se reclama el cumplimiento de una obligación de no hacer.

Opinamos que el Juez de la Corte de Distrito de Arecibo ha procedido con arreglo a ley pues si bien para que pueda solicitarse y obtenerse del tribunal una medida precautoria que asegure la efectividad de la sentencia que se dicte, basta que se reclame el cumplimiento de una obligación, cualquiera que sea su naturaleza, bien sea líquida o ilíquida, de hacer o de no hacer, o de entregar una cantidad de dinero u otra cosa determinada, según dijimos al resolver en 12 de marzo de 1905 el caso de *Sobrinos de Ezquiaga* v. *Munitiz,* 8 D. P. R., 429, dicha obligación ha de ser específica, concreta y determinada, lo que no sucede en el presente caso en que no se nos muestra cuándo, dónde, en qué forma y con qué personas se obligó el demandado Rexach a no verificar cobro alguno por réditos, arrendamiento o por cualquier otro concepto respecto de los solares comprendidos en las parcelas de terreno de que se trata.

Si el Presbítero Rexach entabla acción ante cualquier tribunal para verificar un cobro ilegal por el uso y disfrute de solares que cree pertenecer a la "Ermita de la Monserrate" de Arecibo, los demandados podrán alegar la falta de acción por parte de Rexach, o ejercitar cualquier otro recurso que según las circunstancias les asista para su defensa, pero nunca será remedio adecuado el recurso de aseguramiento de sentencia intentado por la peticionaria.

Procede desestimar la solicitud de *certiorari.*

>    *Denegada la expedición del mandamiento de* certiorari.

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.